UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSTY BUTTON, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 24-12632-WGY |
| ) | |
| MAURA MELCHER, ) | |
|     Defendant. ) | |

PROCEDURAL ORDER

    Plaintiffs have filed a self-prepared complaint, but have not paid the $350.00 filing fee and the $55.00 administrative fee, see 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, see 28 U.S.C. § 1915 (proceedings in forma pauperis).

    Accordingly, plaintiffs must either (1) pay the $405.00 filing and administrative fees; or (2) each move for leave to proceed without prepayment of the filing fee.  Failure of plaintiffs to comply with this directive within 21 days of the date of this Procedural Order may result in the dismissal of this action.

    If plaintiffs elect to seek in forma pauperis status, each plaintiff must submit an affidavit that includes a statement of all their assets.  See 28 U.S.C. § 1915(a)(1).  For the convenience of litigants, this Court provides a form application to seek leave to proceed in forma pauperis. The Clerk shall provide each plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

    SO ORDERED.


   10/17/2024                          /s/ William G. Young
DATE                                  UNITED STATES DISTRICT JUDGE