UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Dusty Button and Mitchell Taylor Button,

Plaintiffs,

v.

Maura Melcher,

Defendant.

C.A. NO. 1:24-cv-12632-WGY

**DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Maura Melcher ("Melcher" or "Defendant") hereby moves to dismiss Plaintiffs' First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6), stating:

1. Plaintiffs' FAC arises out of their claims that Melcher communicated with or transmitted information about protective orders and other materials related to court orders even though they were based upon a "contested narrative." *D. 27, ¶3.* Plaintiffs state that their FAC "is based solely on" Melcher's communications with non-judicial third parties, transmission of abuse prevention orders beyond enforcement necessity, encouragement or facilitation of informal and online dissemination, and continuation of such conduct after discovery revealed material factual disputes." *D. 27, ¶48.*

2. Melcher had represented an individual in connection with the referenced protective orders during the 2017 through 2018 timeframe. *D. 27, ¶¶3, 10, 14.*

3. On October 11, 2024, Plaintiffs filed their complaint. On March 24, 2025, this Court dismissed the complaint. On December 16, 2025, the First Circuit Court of Appeals largely upheld the dismissal but remanded the matter to allow Plaintiffs an opportunity to amend their complaint.

4. On February 5, 2026, Plaintiffs filed their FAC, alleging:

| | |
|---|---|
| Count I | Intentional Interference with Contractual and Advantageous Relations (*D.27, ¶¶51-66*) |
| Count II | Defamation (*D.27, ¶¶67-77*) |
| Count III | Intentional Infliction of Emotional Distress (*D.27, ¶¶78-90*) |

5. Melcher denies wrongdoing. Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs' claims against her should be dismissed as the FAC is time-barred, no non-privileged conduct has been sufficiently alleged, and the FAC otherwise fails to establish a plausible entitlement to relief under any theory alleged.

6. In further support thereof, Melcher incorporates herein by reference her Memorandum of Law in Support of Motion to Dismiss.

WHEREFORE, Maura Melcher requests that this Honorable Court dismiss Plaintiffs' First Amended Complaint.

Respectfully submitted,

Maura Melcher

*/s/ Linda M. Smith*

Edwin F. Landers, Jr., BBO #559360
elanders@morrisonmahoney.com
Linda M. Smith, BBO #564597
lsmith@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 26, 2026.

*/s Linda M. Smith*
Linda M. Smith