FILED
IN CLERKS OFFICE
2026 SEP 14 P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

DUSTY BUTTON AND MITCHELL TAYLOR BUTTON

PLAINTIFFS,

V.

MAURA MELCHER

DEFENDANT.

Case No: 1:24-cv-12632-WGY

**PLAINTIFF'S MOTION FOR A BRIEF EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, proceeding *pro se*, respectfully moves this Court for a brief four-day extension of time, up to and including September 14, 2026, to file an Opposition to Defendant's Motion to Dismiss. In support of this request, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss early on August 26, 2026, prior to the expiration of the anticipated deadline for its responsive pleading.
2. Defendant failed to comply with Local Rule 7.1(a)(2) by failing to confer with Plaintiff prior to filing. Furthermore, Defendant failed to serve a copy of the motion on Plaintiff via mail or email.
3. Plaintiff only discovered the early filing on Friday, September 4, 2026, while independently reviewing the court's electronic docket.
4. Upon discovering the motion, Plaintiff immediately began drafting an Opposition. However, because Plaintiff resides out of state in South Carolina and must rely on physical postal mail, there is insufficient time for the physical document to arrive at the courthouse by the calculated September 9, 2026 deadline.
5. This request is made in good faith due to a lack of notice and service by the Defendant, and a brief four-day extension will not cause any unfair prejudice to the Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court grant a brief extension of time until September 14, 2026, to file the Opposition to the Motion to Dismiss.

Dated this 7th day of September, 2026,

/s/

Plaintiffs Dusty Button and Mitchell Taylor Button (*Pro se*)

**CERTIFICATE OF SERVICE**

Plaintiffs hereby certify that they mailed this complaint to the Clerk's Office at 1 Courthouse Way, Boston, MA 02210 on September 8th, 2026 and to counsel for the Defendant on September 8th, 2026.

Dated this 8th day of September, 2026,

/s/______________________________

Signature of Plaintiff Dusty Button (*Pro se*)

/s/______________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)