FILED
IN CLERKS OFFICE
2026 SEP 14 P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br><br>V.<br><br>MAURA MELCHER<br><br>DEFENDANT. | Case No: 1:24-cv-12632-WGY<br><br>**JOINT DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

We, Dusty Button and Mitchell Taylor Button, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. We are the *pro se* Plaintiffs in the above-captioned matter and reside in South Carolina.
2. Defendant filed a Motion to Dismiss the First Amended Complaint on August 26, 2026.
3. Defendant did not contact or confer with us prior to filing the motion, nor did Defendant serve us with a copy of the motion papers via mail or email.
4. We did not receive any automated electronic notice of the filing because we do not have active electronic filing (CM/ECF) access in this case.
5. We only discovered that the Motion to Dismiss had been filed on Friday, September 4, 2026, when we independently logged into PACER to check the status of the electronic docket.
6. Upon discovering the motion, we immediately worked to research and draft our Opposition over the weekend.
7. Because we reside out of state in South Carolina, our ECF permission to file has not been approved in this Court and we must rely on physical postal mail to file documents, it is logistically impossible for our physical paperwork to reach the Clerk's Office in Boston by the calculated September 9, 2026 deadline.
8. We have acted in absolute good faith and have compiled our opposition package as rapidly as humanly possible following our accidental discovery of the motion on the docket.

Executed on this 7th day of September, 2026, at Carolina Forest, South Carolina.

Dated this 7th day of September, 2026,

/s/____________________________

Signature of Plaintiff Dusty Button (*Pro se*)

/s/________________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)

**CERTIFICATE OF SERVICE**

Plaintiffs hereby certify that they mailed this declaration to the Clerk's Office at 1 Courthouse Way, Boston, MA 02210 on September 8th, 2026 and that we served a copy of the foregoing Plaintiffs' declaration by email to LSmith@morrisonmahoney.com , counsel for the Defendant on the 8th of September.

Dated this 8th day of September, 2026,

/s/

Plaintiffs Dusty Button and Mitchell Taylor Button (*Pro se*)